IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA BROWN-DICKERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 15-4940 |

ORDER

AND NOW, this 25th day of April, 2016, upon consideration of plaintiff's first amended complaint, defendants' motion to dismiss (docket entry #7), plaintiff's response in opposition thereto, defendants' motion for leave to file a reply (docket entry #10), and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendants' motion to dismiss (docket entry #7) is GRANTED IN PART:

2. Count I of the first amended complaint is DISMISSED WITH PREJUDICE as to defendant City of Philadelphia only;

3. Counts V, VI, VII, and IX of the first amended complaint are DISMISSED WITH PREJUDICE;

4. Plaintiff's class action claims in Count VIII of the first amended complaint are DISMISSED WITH PREJUDICE;

5. Defendants' motion for leave to file a reply (docket entry #10) is GRANTED;

6. The Clerk of Court shall DOCKET Exhibit A of that motion; and

7. Defendants shall ANSWER the first amended complaint by noon on May 11, 2016.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.